HELEN J. DIMON, Appellant, v. M. T. BRANSCOMBE, INC., and Others, Respondents.— Motion to dismiss appeal denied on condition, that appellant perfect the appeal for the April term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

DUNWOODIE COUNTRY CLUB, Respondent, v. THE YONKERS TRUST COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay for thirty days granted to enable defendant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ELIAS GOLDSTEIN, Respondent, v. JEAN GOLDSTEIN and Another, Appellants.— The appeal having been decided, this motion is dismissed, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

HARMON-ON-HUDSON COMPANY, INC., Appellant, v. GEORGE T. MOTO, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of ESTHER GOLDROSEN, Petitioner, for an Order of Peremptory Mandamus against Hon. HARRY E. LEWIS, a Justice of the Supreme Court of the State of New York, and Another, Respondents.— Motion for mandamus order denied, without costs. The trial justice certifies that the findings of fact and conclusions of law were inadvertently filed in the clerk's office by his attendant contrary to his directions, and that he, as matter of fact, had not decided the case. The judgment was never filed. Under these circumstances we think the findings of fact and conclusions of law should be returned to the justice by the county clerk for such further proceedings as may be proper. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ. Settle order on notice.

KARL JOHN KERNOHAN, Respondent, v. FERN ORMAN WILLIAMSON KERNOHAN, Appellant.— Motion for stay denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

FREDERICK R. McCULLOUGH, Appellant, v. FREDERICK R. McCULLOUGH, JR., and Others, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

J. WILLIAM MENGEL and Another, Copartners, etc., Respondents, v. ROBERT J. MACHER and Another, Appellants.— Motion for stay denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

FRANZ PORT, Respondent, v. KATIE HOLZINGER and Another, Appellants. (Appeal No. 1.)— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

FRANZ PORT, Respondent, v. KATIE HOLZINGER, Appellant, Impleaded with Another, Defendant. (Appeal No. 2.) — Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

FRANZ PORT, Respondent, v. ELIZABETH STARKE, etc., Appellant, Impleaded with Another, Defendant. (Appeal No. 3.) — Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.